IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | |
| V.    : | Case No.   05-607 M-09 |
|        | Prelim Hearing  01-09-06 |
| **RICARDO GOMEZ**    : | |

### NOTICE  OF  APPEARANCE

To the Clerk of this Court:

You are hereby notified that I, Teresa G. Kleiman  (Bar Number 445497), am appointed under the Criminal Justice Act  (CJA) on behalf of Ricardo Gomez in the above-captioned matter.

Respectfully submitted,

_____
Teresa G. Kleiman #445497
419 7th Street, N.W.
Suite 201
Washington, D.C.  20004
(202) 638-6514

<u>          CERTIFICATE OF SERVICE</u>

 I hereby certify that a copy of the foregoing Notice was electronically filed on November 17, 2005.

<u>                    </u>
Teresa G. Kleiman