AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

RICARDO GUEVARA GOMEZ

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about  **April 25, 2005 through November 2005**  in  **WASHINGTON**  county, in the _____ District of  **COLUMBIA**  defendant(s) did, (Track Statutory Language of Offense)

knowingly and voluntarily conspire with others intentionally to traffic in goods and knowingly to sue counterfeit marks on and in connection with such goods, in violation of 371 and 2320 and that, in furtherance of the conspiracy and to accomplish its unlawful objects, the defendant and his co-conspirators, committed, within the District of Columbia, at least one overt act.

in violation of Title  **18**  United States Code, Section(s)  **371** .

I further state that I am  **DETECTIVE LAVINIA QUIGLEY** , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE LAVINIA QUIGLEY**
**NSID, MPD**

Sworn to before me and subscribed in my presence,

_____   at   _____**Washington, D.C.**_____
Date                                                               City and State

_____                _____
**Name & Title of Judicial Officer**               **Signature of Judicial Officer**