**STATEMENT OF FACTS**

On November 2, 2005, undersigned officer and another person pwent to LAI WHOLESALE, also known as ANA WHOLESALE, located at 1335-1337 4th Street, NE, Washington, D.C., in an on-going investigation of counterfeit goods being sold from the premises.  Your affiant had met defendant Ricardo Gomez who participated in the sale of counterfeit goods on April 25, 2005, and asked him about purchasing Burberry handbags.  Ricardo Gomez took us to the rear of the store and displayed several handbags and wallets.  Ricardo Gomez showed us Coach handbags and removed a patch from the bag which revealed another patch bearing a counterfeit Coach engraving.  A separately charged co-defendant, known as Lan Ma, then came to the rear of the store to talk to us.  At that time, defendant Gomez displayed various counterfeit goods from which your affiant chose for purchase three Burberry wallets; one Prada wallet; one Gucci wallet; four Coach wallets; six Coach handbags; and one Fendi handbag.  Your affiant took the items to the front counter, paid Lan Ma $181, using an FBI credit card, and received a receipt.  I told Lan Ma that I wanted to order twenty pieces of Burberry, and Lan Ma replied that those items would be delivered to LAI WHOLESALE the next day.  Your affiant and the police operative then left the store.  All items purchased during this undercover visit were later inspected by a private investigator from Blazer Investigations and found to bear counterfeit marks, that is, spurious marks which are identical with, or substantially indistinguishable from, marks that are registered for those goods on the principal register in the United States Patent and Trademark Office and are in use, pursuant to Title 18, United States Code, Section 2320.

     On November 10, 2005 the defendant Ricardo Gomez was identified on a second sighting by the affiant, and was placed under arrest.

                                                               _____
                                                               DETECTIVE LAVINIA QUIGLEY
                                                               NARCOTICS SPECIAL INVESTIGATION DIVISION,
                                                              METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed before me on
this \_\_\_\_\_ day of November, 2005.

                                                               _____
                                                               U.S. MAGISTRATE JUDGE