SP 3150 05

PDID: 0579472

Lockup.Nbr: 28

GOMEZ, RICARDO GUEVA

UNITED STATES
VS

DOB:

CCR: 149995

| Papers | Court File Date | LOCK UP | |
|---|---|---|---|
| unt(s) _____ | NOV 1 1 2005 | L-28 | PDID _____  DOB _____  CCR _____ |

| | |
|---|---|
| ☐ CITATION   ☐ BOND | ☐ Collateral $ _____ Page _____ |

| DEFENSE COUNSEL   ☐ PRO SE | | CODE | S C A R DATE WITHDRAWN |
|---|---|---|---|
| 1. _____ | | | ☐ ☐ ☐ ☐ ____ |
| 2. _____ | | | ☐ ☐ ☐ ☐ ____ |

| PROSECUTOR | CODE | ASSIGNED TO JUDGE |
|---|---|---|
| 1. _____ | | |
| 2. _____ | | Cal. Number _____ |

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.   ☐ LINEUP ORDER FILED

| Count(s) _____ | PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty | ☐ Sworn Statement Filed  Rule 5(c) Determination  ☐ Made   ☐ Waived |
|---|---|---|

| CONTINUED DATE | | BOND CONDITIONS |
|---|---|---|
| PREL. HEARING | | BOND AMOUNT $ |
| STATUS HEARING | | ☐ CASH _____ % ☐ SURETY |
| JURY TRIAL | | ☑ PERSONAL RECOGNIZANCE |
| NON-JURY | | ☐ Third Party Custodian |
| | | ☐ Contribution Ordered |

☑ Defendant Advised of Penalties for Failure to Appear.

C11-14-05 @ 1:45pm U.S. DIST.
Court. J. KAY (Tem 4

Count(s) _____ Nolle Prosequi Prosecutor: _____

| COURT REPORTER | TAPE ☐ 10 | CLERK M | JUDGE/COMM.  JACKSon |
|---|---|---|---|

☐ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☑ NOT IN CUSTODY

| DISPOSED | | PENDING | | | | | |
|---|---|---|---|---|---|---|---|
| CLOSED | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated E |

**Papers (left margin list):**
- ount(s) _____
- us Filed _____
- meanor _____
- A
- B
- C
- D
- E
- F
- G
- H
- I

**PROBATION**
- ☐ 163 FILED
- ence Date
- ort Due Date
- e Jacket Ready For Probation
- e Received in Probation
- e Jacket Returned to Crim. Div.

**Diversion**
Date Admitted

DATE:   **FINAL DISPOSITION ONLY**

_____
_____
_____
_____
_____
_____
_____

ount(s) _____ Nolle Prosequi Prosecutor: _____

| OURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |
|---|---|---|---|

☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ ____

FILED

NOV 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia

CRIMINAL DIVISION

SPECIAL PROCEEDINGS