**U.S. Department of Justice**
*United States Attorneys*

# United States District Court for the District of Columbia

FILED
JAN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Case No. 05-0607 M

## ORDER

Upon oral motion of the _United States + Mr. Gomez_ to exclude ___70___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing)~~ or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___70___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

____RICARDO GOMEZ____
Defendant

____[signature]____
Defense Counsel

____[signature]____
Attorney for Government

____[signature]____
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY