AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ for the _____ DISTRICT OF ___Columbia___

UNITED STATES OF AMERICA

V.

Ricardo Gomez

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-0607 M

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, ___Ricardo Gomez___, charged in a (complaint) (petition) pending in this District with _____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____Ricardo Gomez G._____
Defendant

___3-10-06___                    _____
Date                              Counsel for Defendant